the facts: *Kindt v. Reading Co.,* 352 Pa. 419, 427, 43 A. 2d 145.

Judgment reversed and a new trial ordered.

## Edelson, Appellant *v.* Bernstein.

Argued May 25, 1955. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*David Berger,* with him *Manuel Fleisher,* for appellant.

*C. Brewster Rhoads,* with him *Sidney L. Wicken-haver,* and *Montgomery, McCracken, Walker & Rhoads,* for appellees.

*Nathan L. Edelstein,* for appellee.

OPINION PER CURIAM, June 27, 1955:
Decree affirmed on the opinion of President Judge BOK, at cost of appellant.

## Kline Will.

Argued April 27, 1955. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and AR-NOLD, JJ.